**Order entered May 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01062-CR

**MARGARITO MANUEL SALAZAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00001-S**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On May 28, 2019, appellant tendered his brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our May 1, 2019 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** her brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; April Smith; and to the Dallas County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/      BILL PEDERSEN, III
          JUSTICE